EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re: | |
|--------|---|
| Aprobación de Baja Voluntaria de agosto de 2018 a febrero de 2019 | 2019 TSPR 118 <br><br> 202 DPR ____ |

Número del Caso:  EM-2019-03

Fecha: 24 de junio de 2019

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Baja Voluntaria
de agosto de 2018 a febrero 2019      EM-2019-3

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de junio de 2019.

Durante los meses de agosto de 2018 a febrero de 2019, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados y abogadas:

**agosto 2018**

José R. Capó López          3472
Elving L. Torres            4415

**septiembre 2018**

Rafael Rodríguez Llanos      1697
Iván D. Gil Sánchez          5296

**octubre 2018**

Gloria Ortega Otero          6578

**noviembre 2018**

Pedro A. Hernández Ávila     3062

**enero 2019**

Aladino Torres Rivera                3106


**febrero 2019**

Francisco A. Colón Cruz              2823
José A. Rodríguez Palés             7550
Hilda Vélez Sánchez                 9283
Félix Y. Bravo Rosario             12,941
George E. Green Rodríguez           3518
Clotilde Picart Laguer             12,289


Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo